Empire Trust Company, Plaintiff, v. Charles W. Coleman, as Executor, etc., and Others, Defendants. Charles W. Coleman, as Executor, etc., Appellant; William J. Youngs, Referee, Respondent. — Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Francesco Marus, as Administrator, etc., Respondent, v. The Central Railroad Company of New Jersey, Appellant. — Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

The People of the State of New York ex rel. Lathrop Brown, Relator, v. The Board of Supervisors of Suffolk County, New York, as the County Board of Canvassers of Suffolk County, New York, and Others, Defendants. — Motion for stay granted. Appeal set down for argument on Wednesday, November 24, 1915, at eleven A. M. Orders for production of ballots, returns, statements of canvass and tally sheets, signed and filed. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Nicholos Orlando, Appellant, v. Great Eastern Casualty Company, Respondent. — Inasmuch as the Appellate Term granted a new trial, the application is denied, but without costs.

Austin, Nichols & Co., Inc., Appellant, v. James H. McDowell, Respondent. — Judgment of the County Court of Suffolk county affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Leslie Belden, Respondent, v. Northern Hotel Company, Appellant. — Judgment and order reversed and new trial granted, costs to abide the event, because of defendant's exceptions at folios 306, 309, 310 and 311, where the court's reference to testimony in its charge did not keep the distinction which the witnesses made between the valve stem and the bonnet of the valve. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

Joseph Blank, Respondent, v. Marine Basin Company, Inc., Appellant. — Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Leon Bresslin, Respondent, v. The Tribune Association, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days on payment of the costs and disbursements of this appeal, as well as the costs fixed in the order appealed from. No opinion. Carr, Stapleton, Mills and Putnam, JJ., concurred; Jenks, P. J., dissented. (See *Hauptner* v. *White*, 81 App. Div. 153; Newell Sland. & Lib. [3d ed.] § 285.)

Sam Genova, Respondent, v. Transit Development Company, Appellant. — Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.